UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

**TONY JOSEPH TABOR #478277**          **CASE NO. 5:18-CV-00621 SEC P**

**VERSUS**                              **JUDGE ELIZABETH E. FOOTE**

**JERRY GOODWIN, ET AL.**               **MAG. JUDGE KAREN L. HAYES**

**JUDGMENT**

The Report and Recommendation of the Magistrate Judge having been considered, including the objections filed, the Court finds the ruling is supported by the law and the record in this matter. The Court notes that although the Report and Recommendation's conclusion mistakenly cites the wrong defendant's name, stating the defendant is Louisiana Tech University rather than the State Defendants employed at David Wade Correctional Center [Record Document 52, p.7], this clerical error has no effect on the analysis undertaken in the Report and Recommendation. Accordingly,

**IT IS ORDERED** that Defendants' motion for summary judgment [Record Document 50] is **GRANTED**. All pending motions are hereby **DENIED as moot** [Record Documents 53 and 54].

Because the Fifth Circuit has explained that a dismissal based on a failure to exhaust administrative remedies "warrants dismissal without prejudice, which permits the litigant to refile if he exhausts or is otherwise no longer barred by the PLRA requirements," Bargher v. White, 928 F.3d 439, 447 (5th Cir. 2019), Tabor's claims are **DISMISSED WITHOUT PREJUDICE**.

**THUS DONE AND SIGNED** this  20th  day of       December       , 2019, in Shreveport, Louisiana.

                                                          _____
                                                            ELIZABETH E. FOOTE
                                                            UNITED STATES DISTRICT JUDGE