UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| **TONY JOSEPH TABOR** | **CIVIL ACTION NO. 18-0621** |
| | **SECTION P** |
| **VS.** | **JUDGE ELIZABETH E. FOOTE** |
| **JERRY GOODWIN, ET AL.** | **MAG. JUDGE KAREN L. HAYES** |

## ORDER

The Report and Recommendation of the Magistrate Judge having been considered, together with the written objections thereto filed with this Court, and, after a *de novo* review of the record, finding that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted,

IT IS ORDERED, ADJUDGED, AND DECREED that Plaintiff Tony Joseph Tabor's motions, [doc. #s 61, 62], are **GRANTED IN PART**, that this proceeding is opened and reinstated, and that the Court's December 20, 2019 Judgment is **ALTERED AND AMENDED** to deny summary judgment on Plaintiff's remaining conditions-of-confinement claims only. The motions are otherwise **DENIED**.

SHREVEPORT, LOUISIANA, this __19th__ day of November, 2020.

_____
ELIZABETH E. FOOTE
UNITED STATES DISTRICT JUDGE