UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
SHREVEPORT DIVISION

| | |
|---|---|
| TONY JOSEPH TABOR | CIVIL ACTION NO. 18-0621-P |
| VERSUS | JUDGE ELIZABETH E. FOOTE |
| JERRY GOODWIN, ET AL. | MAG. JUDGE KAYLA D. MCCLUSKY |

## **JUDGMENT**

The Court has considered both the Report and Recommendation of the Magistrate Judge and the written objections thereto filed by Tony Tabor. After a *de novo* review of the record, the Court finds that the Magistrate Judge's Report and Recommendation is correct and that judgment as recommended therein is warranted.

The Court, however, seeks to provide additional context to a statement contained in the Report and Recommendation. The Magistrate Judge wrote that "the primary injury for which [Tabor] seeks compensation is the damage to his mental health. Plainly, this does not constitute physical injury." Record Document 84, p. 7. The Court does not agree that mental health damage can never constitute or be manifested as a physical injury; instead, the impediment in this suit is that Tabor has failed to demonstrate a physical injury sufficient to support his claim for mental health damage.

Under 42 U.S.C. § 1997e(e), a prisoner cannot recover compensatory damages "for mental or emotional injury suffered while in custody without a prior showing of physical injury . . . ." 42 U.S.C. § 1997e(e). Thus, prisoners are required to demonstrate a physical injury to support their claim for emotional or mental suffering. Siglar v. Hightower, 112 F.3d 191, 194 (5th Cir. 1997). In other words, damages for mental or

emotional injuries are non-recoverable, absent an accompanying physical injury. <u>Geiger v. Jowers</u>, 404 F.3d 371, 374-75 (5th Cir. 2005). Here, Tabor has failed to make an adequate showing of a physical injury that would allow him to recover for the emotional and/or mental damages he allegedly suffered. <u>Herman v. Holiday</u>, 238 F.3d 660, 665 (5th Cir. 2001). Because he has failed to make the requisite showing under § 1997e(e),

**IT IS ORDERED** that Defendants are **GRANTED JUDGMENT AS A MATTER OF LAW** and that Plaintiff Tony Tabor's remaining claims are **DISMISSED**.

**IT IS FURTHER ORDERED** that the parties' motions for summary judgment [Record Documents 77 and 80] are **DENIED AS MOOT**.

**THUS DONE AND SIGNED** this 25th day of August, 2021.

ELIZABETH ERNY FOOTE
UNITED STATES DISTRICT JUDGE